# EXHIBIT 1001

## Table of Copyrights

EXHIBIT 1001

| No. | Title of Work | Copyright Registration Number | Infringing Link |
|---|---|---|---|
| 1 | Sofi A in Kilemian | PA0001916839 | http://www.xvideos.com/video6334209/sofie |
| 2 | Valentina | PA0001916851 | http://www.xvideos.com/video3580597/010713.k.valentina720_big_new_ |
| 3 | Cloud | PA0001916916 | http://www.xvideos.com/video3930663/ariel_piper_fawn_and_silvie_delux_lesbian |
| 4 | Vintage Collection - Seduction | PA0001917318 | http://www.xvideos.com/video7597924/40 |
| 5 | Upper West Side | PA0001922429 | http://www.xvideos.com/video6749595/80 |
| 6 | True Love | PA0001922436 | http://www.xvideos.com/video7061436/andrejlupin1080 |
| 7 | Ulya I in Tempio | PA0001922438 | http://www.xvideos.com/video186444/klodi_a.k.a._ulya_i_met-art_tempio |
| 8 | The Heat | PA0001922527 | http://www.xvideos.com/video7890715/sexart_free_hd_at_porn15.net |
| 9 | Spanish Lesson | PA0001922536 | http://www.xvideos.com/video8419999/spanish_lesson_clases_de_espanol_en_verano_ |
| 10 | Art of Sex | PA0001922538 | http://www.xvideos.com/video747892/art_of_sex |
| 11 | Art of Sex | PA0001922538 | http://www.xvideos.com/video593302/art_of_sex |
| 12 | Art of Sex | PA0001922538 | http://www.xvideos.com/video713971/art_of_sex |
| 13 | The Art of Sex 2 | PA0001922538 | http://www.xvideos.com/video594567/art_of_sex_2 |
| 14 | Sunny Morning | PA0001922541 | http://www.xvideos.com/video6925747/xvideos-29 |
| 15 | Sunny Morning | PA0001922541 | http://www.xvideos.com/video7767993/goodmooning |
| 16 | Tantra Imaginations | PA0001922543 | http://www.xvideos.com/video7555956/sexart_tantra_imaginations |
| 17 | Tantra Imaginations | PA0001922543 | http://www.xvideos.com/video4890844/teenvideosporn.com_-_sax_tantra-imaginations_connie-car |
| 18 | Someone is Watching | PA0001922547 | http://www.xvideos.com/video7890695/sexart_free_hd_at_porn15.net |
| 19 | Right Now | PA0001922630 | http://www.xvideos.com/video9185940/wow3x.com |
| 20 | Senora and Jorge | PA0001922631 | http://www.xvideos.com/video4711939/pearls_on_a_beautiful_girl |
| 21 | Siesta | PA0001922635 | http://www.xvideos.com/video8325717/sexart_-_siesta |
| 22 | Melisa A in Seduction | PA0001922636 | http://www.xvideos.com/video6964968/metart_seduction_melisa-a |
| 23 | Book of Love | PA0001922654 | http://www.xvideos.com/video6037811/esposa_hermosa_folla_con_su_esposo |
| 24 | Mirelle A in Krios | PA0001922669 | http://www.xvideos.com/video3508609/mirelle_a_met_art_video_porn |
| 25 | Nadin A in Fiorissima | PA0001922702 | http://www.xvideos.com/video4926225/metart_fiorissima_nadin-a_by_goncharov-1080 |

EXHIBIT 1001

| 26 | Our Time | PA0001923133 | http://www.xvideos.com/video9185934/wow3x.com |
|---|---|---|---|
| 27 | Our Time | PA0001923133 | http://www.xvideos.com/video7873879/amirah_adara_-_our_time |
| 28 | Energy | PA0001931421 | http://www.xvideos.com/video9482076/wow3x.com_free_sex_hd_ |
| 29 | Magic | PA0001931422 | http://www.xvideos.com/video3235806/filmbx.com121120h.hayden_hawkens720_big |
| 30 | Hangover | PA0001931423 | http://www.xvideos.com/video6610778/agatha_aka_flora_masturbating |
| 31 | SexArt | PA0001931425 | http://www.xvideos.com/video2314827/luxury_body_painting_in_art_movie |
| 32 | Cellist | PA0001931426 | http://www.xvideos.com/video2862707/2-sexart--2012-09-16-12-42-009 |
| 33 | The Cove | PA0001931427 | http://www.xvideos.com/video2902323/malena_morgan_the_cover_-_hardsextube |
| 34 | Dare | PA0001931428 | http://www.xvideos.com/video7976045/dare_iwia-a_and_lorena-b |
| 35 | Fly | PA0001931430 | http://www.xvideos.com/video7975185/lucy_li_and_kristoff_sex_art |
| 36 | Fly | PA0001931430 | http://www.xvideos.com/video9627553/lucy_sex_in_bed |
| 37 | White Room | PA0001931431 | http://www.xvideos.com/video6780932/httpyour69.com_white_room_-casey_calvert |
| 38 | Stay Sweet | PA0001931432 | http://www.xvideos.com/video7870448/lorena_b_lesbian_scene |
| 39 | Lazy Sunday | PA0001931433 | http://www.xvideos.com/video9185936/wow3x.com |
| 40 | Shangri La | PA0001931434 | http://www.xvideos.com/video3203251/redhead_in_shangri_la |
| 41 | Anna AJ in Erotsis | PA0001931436 | http://www.xvideos.com/video8518860/met-art_-_anna_aj_anna_s_hegre_-_2009-03-22_-_erotsis |
| 42 | Turning Point | PA0001931440 | http://www.xvideos.com/video6891359/denisa_heaven |
| 43 | Waltz With Me - Spring | PA0001931987 | http://www.xvideos.com/video8605938/alexis_brill_hdporn69.com |
| 44 | Red Vinyl | PA0001931989 | http://www.xvideos.com/video9967687/red-vinyl-sexart-1080p |

SITE: XVIDEOS.COM

EXHIBIT 1001

**SITE: XVIDEOSDAILY.COM**

| Title of Work | Copyright Registration Number | Infringing Link |
|---|---|---|
| Nadin A in Fiorissima | PA0001922702 | http://www.xvideosdaily.com/metart-fiorissima-nadin-a-by-goncharov-1080-3045376.html?cat=Shaved |

**SITE: XVIDEOSTODAY.NET**

| Title of Work | Copyright Registration Number | Infringing Link |
|---|---|---|
| Nadin A in Fiorissima | PA0001922702 | http://www.xvideostoday.net/metart-fiorissima-nadin-a-by-goncharov-1080-3036386.html?cat=Teen |