1  Clyde DeWitt
   Nevada State Bar No. 9791
2  Law Offices of Clyde DeWitt,
       A Nevada Professional Corporation
3  800 US Bank Building
   2300 West Sahara Avenue
4  Las Vegas, NV 89102-4397
   (702) 386-1756; fax (702) 441-0308
5  clydedewitt@earthlink.net

6  Spencer D. Freeman
   Washington State Bar No. 25069
7      *(Subject to admission pro hac vice)*
   Freeman Law Firm, Inc.
8  1107½ Tacoma Avenue South
   Tacoma, WA 98402
9  (253) 383-4500; fax: (253) 383-4501
   sfreeman@freemanlawfirm.org
10
   Counsel for Plaintiff
11

12              IN THE UNITED STATES DISTRICT COURT

13                 FOR THE DISTRICT OF NEVADA

14                    AT LAS VEGAS, NEVADA

15

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation, d/b/a METART, d/b/a SEXART, d/b/a The MetArt Network,<br><br>    Plaintiff,<br><br>v.<br><br>WGCZ, S.R.O., a foreign corporation, individually and d/b/a XVIDEOS.COM, XVIDEOSDAILY.COM and XVIDEOSTODAY.NET; STEPHANE MICHAEL PACAUD, an individual; MALORIE DEBORAH PACAUD, an individual; and Does 1-10,<br>    Defendants. | Case Number:<br>2:15-cv-01250-LDG-NJK<br><br>Hon. Lloyd D. George<br>    United States District Judge<br><br>Hon. Nancy J. Koppe<br>    United States Magistrate Judge<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT STEPHANE MICHAEL PACAUD AND DEFENDANT MALORIE DEBORAH PACAUD** *ONLY*<br><br>[Fed R. Civ. Proc. 41(a)] |

1  NOTICE IS HEREBY GIVEN that pursuant to FED.R.CIV.PROC. 41(a), plaintiff hereby voluntarily dismisses the above-captioned action ***without prejudice*** and ***only as to Defendant Stephane Michael Pacaud and Defendant Malorie Deborah Pacaud***.

Accordingly, ***the action shall continue against WGCZ, S.R.O., a foreign corporation, individually and d/b/a XVIDEOS.COM, XVIDEOSDAILY.COM and Does 1-10***.

Dated: October 19, 2015.                    Respectfully Submitted,

CLYDE DeWITT
LAW OFFICES OF CLYDE DeWITT, APC

SPENCER D. FREEMAN
FREEMAN LAW FIRM, INC.
*(Subject to admission pro hac vice)*

By: */s/ Clyde DeWitt*
    Clyde DeWitt

Counsel for Plaintiff

---

**Page 1**

**NOTICE OF VOLUNTARY DISMISSAL
OF DEFENDANT <u>STEPHANE MICHAEL PACAUD</u>
AND DEFENDANT <u>MALORIE DEBORAH PACAUD</u> *ONLY***

**Case Number 2:15-cv-01250-LDG-NJK**

C:\K-Drive\Files\Freeman, Spencer\FILED-SERVED DOCUMENTS\2015-006 - Voluntary Dismissal of Named Individual Defendants.wpd