1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

7

8                                  )     Case #2:15-cv-01250-LDG-NJK

9 HYDENTRA HLP INT. LIMITED     )

                                 )

10         Plaintiff(s),       )    **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

11     vs.                             )

12 WGCZ, S.R.O., et al.           )

13                                  )

14         Defendant(s).     )    FILING FEE IS $250.00

15

16            Spencer D. Freeman          , Petitioner, respectfully represents to the Court:

                 (name of petitioner)

17

18    1.     That Petitioner is an attorney at law and a member of the law firm of

                              Freeman Law Firm, Inc.

19                                  (firm name)

20 with offices at             1107½ Tacoma Avenue South             ,

                               (street address)

21

22       Tacoma             ,        Washington       ,    98402    .

       (city)                    (state)            (zip code)

23      (253) 383-4500      .    sfreeman@freemanlawfirm.org     .

   (area code + telephone number)           (Email address)

24

25    2.     That Petitioner has been retained personally or as a member of the law firm by

     HYDENTRA HLP INT. LIMITED      to provide legal representation in connection with

26              [client(s)]

27 the above-entitled case now pending before this Court.

28                                                    Rev. 1/15

3.    That since _____October 19, 1995_____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _____Washington_____
                                                                                      (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Washington | 10/19/1995 | 25069 |
| Western District of Washington | November 16, 2001 | |
| Ninth Circuit Court of Appeals | May 15, 2010 | |
| United States Court of Appeals | January 9, 2012 | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2                                                                                      Rev. 1/15

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.     That Petitioner is a member of good standing in the following Bar Associations.

Washington State Bar Association

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:  (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 1/15

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                          _____
                                                                Petitioner's signature

5  STATE OF _____Washington_____  )
                                     )
6  COUNTY OF _____Pierce_____      )

7       _____Spencer D. Freeman_____ , Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                                          _____
                                                                Petitioner's signature

10  Subscribed and sworn to before me this

11
    ___22ⁿᵈ___ day of __SEPTEMBER__ , __2015___      ┌─────────────────────────────────┐
12                                                   │         Notary Public           │
                                                     │    State of Washington          │
13  _____                 │       JEFFREY L CULLY            │
         Notary Public or Clerk of Court             │ My Appointment Expires May 30, 2018 │
14                                                   └─────────────────────────────────┘

15

16             **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
               **THE BAR OF THIS COURT AND CONSENT THERETO.**
17
         Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
18
    believes it to be in the best interests of the client(s) to designate _____Clyde DeWitt_____ ,
19                                                                              (name of local counsel)
    Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
    above-entitled Court as associate resident counsel in this action. The address and email address of
21
    said designated Nevada counsel is:
22

23  _____2300 West Sahara Avenue, Suite 800_____ ,
                              (street address)
24
    _____Las Vegas_____ , _____Nevada_____ , ___89102___ ,
25         (city)                    (state)            (zip code)

26  ___(702) 386-1756___ , ___ClydeDeWitt@EarthLink.net___ .
    (area code + telephone number)        (Email address)
27

28                                    4                              Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
agreement and authorization for the designated resident admitted counsel to sign stipulations
binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____ Clyde DeWitt _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

9791                              ClydeDeWitt@EarthLink.net
Bar number                        Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Clyde DeWitt _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

AARON LISBONA , CEO
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

9791                               ClydeDeWitt@EarthLink.net
_____
Bar number                      Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION     )     BAR NO. 25069

OF     )     **CERTIFICATE**

SPENCER DOUGLAS FREEMAN     )     **OF**

TO PRACTICE IN THE COURTS OF THIS STATE     )     **GOOD STANDING**

I, Susan L. Carlson, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**SPENCER DOUGLAS FREEMAN**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the

Courts of the State of Washington on October 19, 1995, and is now and has continuously since that date

been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
the seal of said Court this 24th day of
September, 2015.

Susan L. Carlson
Supreme Court Deputy Clerk
Washington State Supreme Court