UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| HYDRENTRA HLP INT. LIMITED, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | 2:15-cv-01250-LDG-NJK |
| | ) | |
| vs. | ) | |
| | ) | |
| WGCZ, S.R.O., et al., | ) | **ORDER** |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pending before the Court is Plaintiff's motion for an extension of time to serve summons and complaint, or alternatively to dispense with the 120-day service requirement in Rule 4(m). Docket No. 13.

This is a copyright infringement action. *Id.* Plaintiff represents that Defendant is a corporation chartered in the Czech Republic. *Id.* Plaintiff argues that Rule 4(m)'s 120-day service deadline does not apply to service in a foreign country, and, therefore, seeks an order from the Court dispensing with the Rule 4(m) deadline or extending it. *Id.* The Rule 4(m) deadline expires today, October 30, 2015. *See* Docket No. 1.

"By its terms, Rule 4(m) does not apply to service in a foreign country, and Rule 4(m)'s 120-day limit does not govern service of a foreign defendant." *Panliant Fin. Corp. v. ISEE3D*, 2014 WL 7368847, at *5 (D. Nev. Dec. 29, 2014) (citing *Lucas v. Natoli*, 936 F.2d 432, 432-33 (9th Cir.1991) (per curium)). "Rather, Rule 4(h)(2) and Rule 4(f) govern service on a foreign corporation." *Id.* "Neither . . . contain an express time limit for service." *Id.*

"Although the 120-day service period set forth Rule 4(m) does not apply to service of process on an individual or corporation in a foreign country, the Court is not precluded from setting a reasonable time limit for service in a foreign country so that it can properly manage a civil case."

1 | *Karimi v. Poker Media Sys. SAS*, 2013 WL 4048578, at *2 (D. Nev. Aug. 8, 2013) (citing *Baja*

2 | *Developments LLC v. TSD Loreto Partners*, 2009 WL 2762050 (D. Ariz. Aug. 28, 2009) (citations

3 | omitted)); *Panliant Fin. Corp.*, 2014 WL 7368847, at *5 (D. Nev. Dec. 29, 2014) (dismissing case

4 | for failure to comply with Court-set service deadline of foreign defendants).

5 |       Consistent with *Karimi*, *Baja Developments*, and *Panliant*, the Court finds it appropriate to

6 | set a reasonable time limit for service so that it can properly manage this case.  Here, Plaintiff has

7 | shown that it is actively trying to pursue this litigation and, although it needs more time, it has made

8 | progress in attempting to serve Defendants.  *See* Docket No. 13 at 11-17.  Therefore, good cause

9 | exists to extend the service deadline.  Accordingly, the Court **GRANTS** Plaintiff an additional 180

10 | days to properly serve Defendants.  Plaintiff must serve Defendants and file proof of service with

11 | the Court no later than April 29, 2016.

12 |       IT IS SO ORDERED.

13 |       DATED: October 30, 2015

15 |                               _____

16 |                               NANCY J. KOPPE
United States Magistrate Judge