PAT LUNDVALL (NSBN 3761)
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702)873-4100
Facsimile: (702)873-9966
lundvall@mcdonaldcarano.com

Attorneys for Defendant WGCZ, S.R.O, a foreign corporation

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation, d/b/a METART, d/b/a SEXART, d/b/a The MetArt Network,<br><br>Plaintiffs,<br><br>vs.<br><br>WGCZ, S.R.O., a foreign corporation,<br><br>Defendant. | Case No.: 2:15-cv-01250-LDG-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME (FIRST REQUEST)** |

Pursuant to Local Rules 6-1, 6-2 and 7-1, the parties hereto stipulate and agree that Defendant WGCZ, S.R.O.'s deadline to respond to the Complaint in the above-referenced action is extended to and through June 10, 2016. Defendant recently retained Nevada counsel in this matter. That counsel will not have the requisite time to conduct the reasonable inquiry required by FRCP 11 before the current deadline.

This stipulation is entered into in good faith and not for purposes of delay. There have been no previous requests for extensions of time. This stipulation is made without waiver of any substantive or procedural defenses.

DATED this 28th day of April, 2016.

                McDONALD CARANO WILSON LLP

By: /s/ Pat Lundvall
    Pat Lundvall (#3761)
    2300 W. Sahara Avenue, #1200
    Las Vegas, Nevada 89102
    Telephone: (702) 873-4100
    lundvall@mcdonaldcarano.com
    *Attorneys for Defendant WGCZ, S.R.O, a foreign corporation*

LAW OFFICES OF CLYDE DEWITT, a Nevada Professional Corporation

By: /s/   Clyde DeWitt
    Clyde DeWitt (#979)
    2300 W. Sahara Ave., #800
    Las Vegas, NV  89102-4397
    (702) 386-1756; fax (702) 441-0308
    clydedewitt@eathlink.net

*Attorneys for Plaintiffs*

Dated: April 29, 2016.

IT IS SO ORDERED .

_____
United States Magistrate Judge