Clyde DeWitt, (#979)
LAW OFFICE OF CLYDE DEWITT, a
Nevada Professional Corporation
2300 W. Sahara Ave. #800
Las Vegas, NZ 89102
Telephone: (702) 386-1756
Facsimile:  (702) 441-0308
Email: clydedewitt@earthlink.net

Spencer D. Freeman, (*pro hac vice*)
Freeman Law Firm, Inc.
Attorney for Plaintiff Hydentra HLP Int. Limited
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Email: sfreeman@freemanlawfirm.org

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation, d/b/a METART,<br><br>Plaintiff,<br><br>vs.<br><br>WGCZ, S.R.O., a foreign corporation, individually and d/b/a XVIDEOS.COM, XVIDEOSDAILY.COM, and XVIDEOSTODAY.NET; and John Does 1-20,<br><br>Defendants. | **Case No.:  2:15-cv-01250-LDG-NJK**<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR FILING BRIEFS RE: MOTIONS TO DISMISS**<br><br>**FIRST REQUEST** |

Pursuant to Local Rules 6-1, 6-2 and 7-1, the parties hereto stipulate and agree to extension of deadlines for filing of opposition and replies to Defendant's Motion to Dismiss

1  Pursuant to Fed.R.Civ.P. 12(b)(6) and Defendant's Motion to Dismiss Pursuant to Fed.R.Civ.P.
2  12(b)(2) as follows:  Plaintiff's Opposition briefing will be due July 28, 2016 and Defendant's
3  Reply will be due August 19, 2016.  These extensions accommodate the parties' respective
4  counsel's pre-scheduled trials, litigation deadlines, and vacations.  There have not been any
5  previous extensions of these deadlines.

   This stipulation is entered into in good faith and not for purposes of delay.  This stipulation is made without waiver of any substantive or procedural defenses.

   DATED this 28th day of June, 2016.

FREEMAN LAW FIRM, INC.

_____/s/ Spencer D. Freeman_____
Spencer D. Freeman, (*pro hac vice*)
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile:  (253) 383-4501
sfreeman@freemanlawfirm.org

Attorneys for Plaintiff

QUINN EMANUEL URQUHART & SULLIVAN, LLP

_____/s/ Rachel Herrick Kassabian_____
Michael Zeller (*pro hac vice*)
Rachel Herrick Kassabian (*pro hac vice*)
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
michaelzeller@quinnemanuel.com
rachelkassabian@quinnemaule.com

Attorneys for Defendant

Dated: ~~June~~ July 5, 2016

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE
LLOYD D. GEORGE